IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14CR3029 |
| vs. | |
| DALE L. BULIZAK, | ORDER |
| Defendant. | |

As requested in Defendant's unopposed motion, (Filing No. 57), which is hereby granted, Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on March 26, 2021.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

   a. Defendant shall live in Lincoln, Nebraska. His residential arrangements and locations must be pre-approved by his supervising officer, with Defendant providing contact information for each residential location and for all persons living there.

   b. Upon release, Defendant will immediately seek employment.

      c.    Defendant shall fully attend and fully participate in an anger management course approved by his supervising officer.

      d.    Defendant shall not travel to Hamilton, Merrick, Hall or York counties in Nebraska, without the prior approval of the United States Probation Office.

3)    Defendant shall be released to Jennifer Mace (Palmer), who will transport Defendant from the Saline County Jail to his pre-approved Lincoln, Nebraska residence. Defense counsel shall confer with the marshal regarding the date and time of this release.

February 23, 2021.

                      BY THE COURT:

                      *s/ Cheryl R. Zwart*
                      United States Magistrate Judge